BANK OF CALIFORNIA, NATIONAL ASSOCIA- TION, *v.* ROBERTS, TREASURER OF THE STATE OF CALIFORNIA.

ERROR TO THE SUPREME COURT OF THE STATE OF CALI- FORNIA.

No. 115. Submitted December 19, 1918.—Decided January 27, 1919.

Decided on authority of *Bank of California* v. *Richardson, ante,* p. 476. 173 California, 398, reversed.

*Mr. E. S. Pillsbury, Mr. F. D. Madison, Mr. Alfred Sutro* and *Mr. Oscar Sutro* for plaintiff in error. *Mr. A. D. Plaw* was also on the brief.

*Mr. U. S. Webb,* Attorney General of the State of California, and *Mr. Raymond Benjamin,* Chief Deputy

Attorney General of the State of California, for defendant in error.

*Per Curiam:* This case is controlled by the opinion in *Bank of California* v. *Richardson, ante,* p. 476. Indeed, it was submitted without briefs upon the briefs filed in that case. For the reasons stated in the previous case, therefore, the judgment here must be reversed and the case remanded for further proceedings not inconsistent with this opinion.

*Reversed.*